No. 01–10297. SMITH v. MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-
rari denied.

No. 01–10298. ENGRON v. DEPARTMENT OF LABOR. C. A. 7th
Cir. Certiorari denied.

No. 01–10300. EASTERWOOD v. CHAMPION, WARDEN, ET AL.
C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

No. 01–10301. COMPTON v. OREGON. Sup. Ct. Ore. Certio-
rari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 01–10302. MCCRACKEN v. GIBSON, WARDEN. C. A. 10th
Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 01–10308. TAYLOR v. COCKRELL, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 01–10310. POWELL v. FLORIDA ET AL. C. A. 11th Cir.
Certiorari denied.

No. 01–10315. VAUGHN v. OKLAHOMA. Ct. Crim. App. Okla.
Certiorari denied.

No. 01–10317. EMEANA v. SABATINO. C. A. 2d Cir. Certio-
rari denied. ▮▮▮▮▮▮▮▮▮▮▮

No. 01–10326. WEHUNT v. BASS, WARDEN. Sup. Ct. Ga. Cer-
tiorari denied.

No. 01–10330. MCCORMICK v. LONG. Sup. Ct. Kan. Certio-
rari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 01–10333. KENNEDY v. PARAMOUNT PICTURES CORP. ET
AL. C. A. 9th Cir. Certiorari denied.

No. 01–10338. BOYD v. ST. PAUL SCHOOLS, INDEPENDENT
SCHOOL DISTRICT 625. C. A. 8th Cir. Certiorari denied. ▮▮▮
▮▮▮▮▮▮▮▮

No. 01–10341. HERNANDEZ OCANA v. PUERTO RICO POLICE
DEPARTMENT. Sup. Ct. P. R. Certiorari denied.